File Hashes for IP Address 173.66.211.217

**ISP:** Verizon FiOS
**Physical Location:** Fairfax, VA

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 12/07/2014 02:29:39 | 05C43A070FA4C111DC35DD2813495BCDAEF38B75 | Forever You Part #2 |
| 12/06/2014 20:26:50 | 418612CDA063819CF12372355DCD2C2573FD0337 | Truth or Dare |
| 12/06/2014 20:26:35 | 21C115FB34216589DFB3D178B60FDE21C242F47C | Forever You Part #1 |
| 12/06/2014 20:24:19 | 56B890DBF45818C57D350DFCE7A9F33615B24F6E | My Naughty Girl |
| 12/06/2014 18:49:40 | F3C42A1DA3AB954C4FF8BACE354EA85BF6E5C277 | Do Me Darling |
| 11/22/2014 20:38:56 | A55BB3879A6F94F456BEFDA0D6981C553E9BCD33 | Fuck Me More |
| 11/16/2014 17:46:25 | 972102A9DEDC642D254C1406CFF00A0F380735F2 | Exposed And Aroused |
| 11/16/2014 17:44:18 | E7457A133CFF1ABB455A70565294CB66D916FF91 | Four Ways |
| 10/30/2014 20:11:37 | 904A1DA01C4575CAB34A608694AB0072ECBD4230 | I Love James Deen |
| 09/04/2014 02:02:43 | 8D2C71BBCC526E214853EB335EDBBDE2AF85FCDF | In for the Night |
| 06/01/2014 00:15:39 | 91DC7B1778E4991271119B567B0420D9167F7DD6 | Alone Is A Dream Left Behind |
| 05/12/2014 17:59:30 | 11D71935C5A5B52FB066987F9B18BA15CB31EA68 | I Love X Art |
| 03/30/2014 17:01:29 | CB58BA4C0DDD8C4D0AC4499B6518214046A38E6D | Sex and Submission |
| 03/30/2014 15:48:13 | 05722EC7AA8E778D30B69AA2AC54C61F03FD1A31 | Russian Connection |
| 03/30/2014 15:36:33 | D0C370A2CE5A1D80F4D913E2214E997EB801D658 | All Oiled Up |

**Total Statutory Claims Against Defendant: 15**

EVA173

EXHIBIT A